| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>MILSTEAD & ASSOCIATES, LLC<br>By: Andrew M. Lubin    Atty. ID: AL0814<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No. 230223<br>Attorneys for Movant: Select Portfolio Servicing, Inc. as servicing agent for Towd Point Mortgage Trust 2016-3, U.S. Bank National Association as Indenture Trustee | Order Filed on August 16, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Jerry L. De La Espada and Tanisha L. De La Espada | Case No.: 20-13138-JKS<br>Chapter 13<br><br>Hearing Date: August 13, 2020<br>Time: 10:00 a.m.<br><br>Judge: John K. Sherwood |

# ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY AS TO DEBTORS

The relief set forth on the following page is hereby **ORDERED**

**DATED: August 16, 2020**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of Select Portfolio Servicing, Inc. as servicing agent for Towd Point Mortgage Trust 2016-3, U.S. Bank National Association as Indenture Trustee under Bankruptcy Code section 362(a) for relief from the automatic stay pursuant to 11 U.S.C. § 362, as to Debtors, Jerry L. De La Espada and Tanisha L. De La Espada, as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following:

Real property more fully described as:

**2603 Sussex Road, Tobyhanna, PA 18466**

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:

It is further ORDERED that the movant may join the debtors and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtors, any trustee and any other party who entered an appearance on the motion.

*rev. 11/14/18*